**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | **Cheryl M. Stern** | ) |
| | | ) **Case No. 15-31148** |
| | **Debtors.** | ) **Chapter 13** |
| | | ) |
| Last four digits of SSN or ITIN: | **3637** | ) |

## NOTICE OF MOTION TO EXTEND TIME TO FILE PLAN, SCHEDULES AND STATEMENTS

**Christopher M. Winslow, Esq.** has filed papers with this court seeking an extension of time to file Plan, Schedules and Statements.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>14 DAYS FROM TODAY</u>, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of the Court            Christopher M. Winslow, Esq.
    U.S. Bankruptcy Court      Winslow & McCurry, PLLC
    701 E. Broad St., Suite 4000   1324 Sycamore Square, Ste 202C
    Richmond, VA 23219        Midlothian, VA 23113

You must also attend a hearing to be scheduled at a later date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: March 24, 2015                               /s/ Christopher M. Winslow, Esq.
                                                                             1324 Sycamore Square, Ste. 202C
                                                                                                     Midlothian, VA 23113
                                                                                                                   VSBN 76156
                                                                                      Counsel for Debtors in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re:     **Cheryl M. Stern** | ) | |
| | ) | **Case No. 15-31148** |
|          **Debtors.** | ) | **Chapter 13** |
| | ) | |
| Last four digits of SSN or ITIN: **3637** | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAN,**
**SCHEDULES AND STATEMENTS**

**COMES NOW**, Christopher M. Winslow, counsel for Debtor(s), and says as follows:

**JURISDICTION, VENUE, CORE PROCEEDING**

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

**PARTIES**

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

**FACTS**

6) Movants filed a Voluntary Petition and Plan under Chapter 13 in this court on March 6, 2015.

7) Scheduled, Statements list and Plan are due March 20, 2015.

8) Movants wish additional time to file the appropriate responsive documents.

## RELIEF REQUESTED

Movants request that the court approve the foregoing motion for the reasons stated above.


      /s/ Christopher M. Winslow, Esq.
Christopher M. Winslow, Esq. VSBN 76156
Counsel for the Debtor(s) in Bankruptcy
Winslow & McCurry, PLLC
1324 Sycamore Square, Ste 202C
Midlothian, VA 23113
Tel: 804.423.1382 Fax: 804.423.1383
chris@wmmlegal.com

## CERTIFICATE OF SERVICE

I certify that I have this March 24, 2015, transmitted a true copy of the foregoing application electronically through the court's CM/ECF system to the Chapter 13 Trustee and US Trustee, and by regular mail to the to the Debtor and all creditors listed on the attached Service List.

      /s/ Christopher M. Winslow, Esq.
Counsel for the Debtor(s) in Bankruptcy

Winslow & McCurry, PLLC
Christopher M. Winslow
1324 Sycamore Square
Midlothian, VA 23113-0000

```
                                    CREDITOR.TXT
Winslow & McCurry, PLLC
Christopher M. Winslow
1324 Sycamore Square
Midlothian, VA 23113-0000


1st Mkt Bk
Box 357
Memphis, TN 38150-0001


Carrington Mortgage Se
1610 E Saint Andrew Pl
Santa Ana, CA 92705-0000


Commonwealth of VA-Tax
P.O. Box 2156
Richmond, VA 23218-2156


Credit Adjustment Bo
306 East Grace Street
Richmond, VA 23219-0000


Internal Revenue Service
Insolvency Unit
Post Office Box 21126
Philadelphia, PA 19114-0000


Kondaur Capital Corp
1100 W Town & Country Rd
Orange, CA 92868-0000


MCV Hospital
P.O. Box 758721
Baltimore, MD 21275-0000


MCV Physicians
1605 Rhoadmiller Street
Richmond, VA 23220-1100


Natl Bank Of Commerce
1 Commerce Sq
Memphis, TN 38103-0000


Patient First
5000 Cox Road
Suite 100
Glen Allen, VA 23060-0000


Receivable Management
7206 Hull Street Rd Ste
North Chesterfield, VA 23235-0000


                                       Page 1
```

CREDITOR.TXT

Suntrust Mortgage/Cc 5
1001 Semmes Ave
Richmond, VA 23224-0000


Syncb/Dillards
Po Box 965024
Orlando, FL 32896-0000


The Grove at Swift Creek


VA Pediatric Ophthalmology Spe
8700 Stony Point Parkway
Suite 210
Richmond, VA 23235-0000